United States Courts
Southern District of Texas
FILED
*October 26, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | |
| | § | **CRIMINAL NO. 4:26-mj-680** |
| **AMAN MEHTA,** | § | |
| **Defendant** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## MOTION TO UNSEAL COMPLAINT

NOW INTO COURT comes the United States of America, appearing herein through the undersigned Assistant United States Attorneys and moves this Honorable Court to unseal the complaint and supporting documents in the above-captioned case.

Respectfully,

AARON F. REITZ
UNITED STATES ATTORNEY

*Elizabeth Wyman*

Elizabeth Wyman
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I filed the foregoing with the Clerk of Court.

/s/ Elizabeth Wyman
Elizabeth Wyman
Assistant United States Attorney