United States Courts
Southern District of Texas
FILED
*November 10, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **Case No.** 4:26-cr-734 |
| | § | |
| **AMAN MEHTA** | § | |
| | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Bank Fraud, 18 U.S.C. § 1344)

At all times material herein:

## A. INTRODUCTION

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the United States which insured the deposits of member banks with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. Sunflower Bank North America ("Sunflower Bank") was a federally insured financial institution whose deposits are insured by the FDIC.

3. Defendant **AMAN MEHTA** resided in the Houston, Texas area and acted as President of a business entity called Grow Materials LLC ("Grow Materials"), which had a physical location in Houston, Texas and elsewhere.

## B. THE SCHEME TO DEFRAUD

4. From in or about 2025, and continuing through in or about 2026, in the Houston Division of the Southern District of Texas and elsewhere,

**AMAN MEHTA**,

defendant herein, and others known and unknown to the grand jury, did knowingly execute and attempt to execute a scheme and artifice to defraud Sunflower Bank, and to obtain moneys, funds, and credits owned by and under the custody and control of Sunflower Bank by means of material false and fraudulent pretenses, representations, and promises, and by concealment of material facts, including but not limited to providing, or causing others to provide, false and fraudulent information and documents about Grow Materials's accounts receivables to Sunflower Bank causing Sunflower Bank on or about November 2025, to grant Grow Materials a revolving line of credit for approximately $25,000,000.

All in violation of Title 18, United States Code, Section 1344.

**<u>NOTICE OF FORFEITURE</u>**
(18 U.S.C. § 982(a)(2)(A))

5. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

6. Upon conviction of the offense in violation of Title 18, United States Code, Section 1344 set forth in Count 1 of this Indictment, the defendant, **AMAN MEHTA**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).

**<u>MONEY JUDGMENT AND SUBSTITUTE ASSETS</u>**

7. The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section

853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the defendant's money judgment.

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

____________________________________

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
United States Attorney

____________________________
Elizabeth Wyman
Assistant United States Attorney
Southern District of Texas